**E-filed 8/31/06**

PETER SULLIVAN, SBN 101428
PSullivan@gibsondunn.com
SAMUEL G. LIVERSIDGE, SBN 180578
SLiversidge@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
CChorba@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL K. RICH, on Behalf of Himself and All Others Similarly Situated, as Well as on Behalf of the General Public and Acting in the Public Interest,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a California Corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO. C-06-03361-JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

    1.     The parties agree to participate in private non-binding mediation to be conducted through JAMS or another mutually agreed-upon service provider.

    2.     The parties further agree to hold the ADR session within ninety (90) days from the date of this order.

IT IS SO STIPULATED.

DATED: August 17, 2006

    GIBSON, DUNN & CRUTCHER LLP

    By: _____
            Samuel G. Liversidge

    Attorneys for Defendant HEWLETT-PACKARD COMPANY

DATED: August 17, 2006

    KABATECK BROWN KELLNER LLP

    By: _____
            Richard L. Kellner

    Attorneys for Plaintiff CARL K. RICH

100057336_1.DOC

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the above-captioned matter is hereby referred to private non-binding mediation to be conducted through JAMS or another mutually agreed-upon service provider. The deadline for the ADR session shall be ninety (90) days from the date of this order.

IT IS SO ORDERED.

DATED: 8/31/06

_____
UNITED STATES DISTRICT JUDGE
Jeremy Fogel

## CERTIFICATE OF SERVICE

I, Christopher Chorba, hereby certified that on August 17, 2006, I caused the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** to be electronically filed and served upon the persons named below via the ECF system. This document is available for reviewing and downloading from the ECF system.

### Attorneys for Plaintiff Carl K. Rich

KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK
RICHARD L. KELLNER
ALFREDO TORRIJOS
350 South Grand Avenue, 39th Floor
Los Angeles, CA  90071
TEL:  (213) 217-5000
FAX:  (213) 217-5010

COTCHETT PITRE SIMON & MCCARTHY
BRUCE SIMON
840 Malcolm Road, Suite 200
Burlingame, CA  94010
TEL:  (650) 697-6000
FAX:  (650) 692-3606

MCNICHOLAS & MCNICHOLAS
PATRICK MCNICHOLAS
10866 Wilshire Boulevard, #1400
Los Angeles, CA  90024
TEL:  (310) 474-1582
FAX:  (310) 475-7871

THE GARCIA LAW FIRM
STEPHEN M. GARCIA
1 World Trade Center #1950
Long Beach, CA  90831-1950
TEL:  (562) 216-5270
FAX:  (562) 216-5271

By:  /s/ Christopher Chorba
         Christopher Chorba

GIBSON, DUNN & CRUTCHER LLP
PETER SULLIVAN
SAMUEL G. LIVERSIDGE
CHRISTOPHER CHORBA

Attorneys for Defendant HEWLETT-PACKARD COMPANY

8-17-06 Joint Stip Re ADR Process Proof.doc

Gibson, Dunn &
Crutcher LLP