\*\*E-filed 5/30/07\*\*

1  KABATECK BROWN KELLNER LLP
   BRIAN S. KABATECK,  SBN 152054  (bsk@kbklawyers.com)
2  644 South Figueroa Street
   Los Angeles, California  90017
3  Telephone: (213) 217-5000
   Facsimile: (213) 217-5010
4
   COTCHETT, PITRE & MCCARTHY
5  NIALL P. McCARTHY,  SBN 160175 (nmccarthy@cpmlegal.com)
   840 Malcolm Road, Suite 200
6  Burlingame, California  94010
   Telephone: (650) 697-6000
7  Facsimile: (650) 697-0577

8  THE GARCIA LAW FIRM
   STEPHEN M. GARCIA,  SBN 123338 (sgarcia@lawgarcia.com)
9  1 World Trade Center #1950
   Long Beach, California  90831
10 Telephone:  (562) 216-5270
   Facsimile:  (562) 216-5271
11
   MCNICHOLAS & MCNICHOLAS
12 PATRICK MCNICHOLAS,  SBN 125868 (pmc@mcnicholaslaw.com)
   10866 Wilshire Boulevard, #1400
13 Los Angeles, California  90024
   Telephone:  (310) 474-1582
14 Facsimile:  (310) 475-7871

15 Attorneys for Plaintiffs.

16

·17                    **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19 | CARL K. RICH, and DAVID DURAN, | CASE NO. C-06-03361-JF (HRL) |
|---|---|
| on Behalf of Themselves and All Others | |
| Similarly Situated, as Well as on Behalf | |
| of the General Public and Acting in the | **STIPULATION AND [PROPOSED]** |
| Public Interest, | **ORDER TO CONTINUE THE** |
| | **DEADLINE TO COMPLETE THE** |
| | **ADR PROCESS** |
| Plaintiffs, | |
| | [N.D. Cal. Local Rule 6-1(b)] |
| vs. | |
| HEWLETT-PACKARD COMPANY, a | |
| California Corporation; and DOES 1 | |
| through 250, inclusive; | |
| Defendants. | |

— 1 —

1    Through this Joint Stipulation and [Proposed] Order Plaintiffs Carl Rich and David

2  Duran ("Plaintiffs") and Defendant Hewlett-Packard Company ("Defendant") agree to continue

3  the deadline to complete the ADR process to and including July 13, 2007.  The parties hereby

4  request that the Court approve this extension pursuant to Civil L.R. 6-1(b).

5

6                            **JOINT STIPULATION**

7    WHEREAS the parties previously filed their stipulation selecting an ADR process

8  pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

9    WHEREAS the parties' stipulation provided for private, non-binding mediation to be

10  completed by February 28, 2007;

11    WHEREAS, pursuant to Civil L.R. 6-1(b), the parties' subsequent stipulation provided

12  for a continuation of the ADR completion deadline for ninety days, to and including May 29,

13  2007;

14    WHEREAS, despite their diligent efforts, it took the parties longer than expected to agree

15  upon a mediator for this case;

16    WHEREAS the parties have now selected the Hon. James L. Warren (Ret.) to serve as

17  the mediator for this action;

18    WHEREAS the parties are presently in the process of scheduling a mediation date before

19  the Hon. James L. Warren (Ret.) for late June or early July;

20

21

22

23

24

25

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO COMPLETE THE ADR PROCESS
CV-06-03361-JF (HRL)

1      ACCORDINGLY, pursuant to Local Rule 6-1(b), the parties, by and through their

2 counsel of record, hereby stipulate to, and request the Court's approval of an extension of the

3 deadline to complete the ADR process to and including July 13, 2007.

4

5      **IT IS SO STIPULATED.**

6

7 DATED:  May 29, 2007        **GIBSON, DUNN & CRUTCHER LLP**

8

9                       By

10                            SAMUEL G. LIVERSIDGE

11                            *Attorneys for Defendant Hewlett-Packard Company*

12

13 DATED:  May 29, 2007        **KABATECK BROWN KELLNER LLP**

14

15

16                       By

                           BRIAN S. KABATECK

17                            RICHARD L. KELLNER

                           *Counsel for Plaintiffs and the class*

18

19                            **COTCHETT, PITRE & MCCARTHY**

                           NIALL P. McCARTHY

20                            *Counsel for Plaintiffs and the class*

21                          **THE GARCIA LAW FIRM**

                           STEPHEN M. GARCIA

22                            *Counsel for Plaintiffs and the class*

23                          **MCNICHOLAS & MCNICHOLAS**

24                            PATRICK MCNICHOLAS

                           *Counsel for Plaintiffs and the class*

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO COMPLETE THE ADR PROCESS
CV-06-03361-JF (HRL)

1  **[PROPOSED] ORDER**

2    Pursuant to the parties' stipulation, the deadline to complete private non-binding

3  mediation in the above-captioned matter is hereby continued to July 13, 2007.

4

5  **IT IS SO ORDERED.**

6

7  DATED: __5/30/07__          _____

8                             THE HONORABLE JEREMY FOGEL
                               UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

— 4 —

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street, Los Angeles, California 90017.

On **May 29, 2007**, I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO COMPLETE THE ADR PROCESS** on the interested parties in this action:

**SEE ATTACHED SERVICE LIST**

[X]    **VIA U.S. MAIL** - I deposited such envelope(s) with the United States Postal Service, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepared, in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

[ ]    **VIA FACSIMILE TRANSMISSION** - by use of facsimile machine, I served a copy of the document(s) on interested parties by transmitting by facsimile machine to said interested party. The facsimile machine I used complied with California Rules of Court, rule 2002, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration FAX No. (213) 217-5010 to the FAX number(s) listed next to such interested party. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

[ ]    (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    FEDERAL)    I declare under penalty of perjury that the foregoing document(s) were printed on recycled paper and that this Certification of Service was executed by me on June 21, 2006, at Los Angeles, California.

Executed on **May 29, 2007**, at Los Angeles, California.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

IRMA DELEON

**SERVICE LIST**

Peter Sullivan, Esq.
Samuel G. Liversidge, Esq.
Christopher Chorba, Esq.
GIBSON DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA  90071-3197
Tel:  (213) 229-7000
Fax: (213) 229-7520

*Counsel for Hewlett-Packard Company*

Patrick McNicholas, Esq.
McNicholas & McNicholas
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90024
Tel:  (310) 474-1582
Fax: (310) 475-7871

*Co-Counsel for Plaintiff*

Stephen M. Garcia, Esq.
Law Office of Stephen M. Garcia
One World Trade Center, Suite 1950
Long Beach, CA  90331
Tel:  (562) 216-5270
Fax: (562) 216-5271

*Co-Counsel for Plaintiff*

Cotchett, Pitre & McCarthy
Niall P. McCarthy, Esq.
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:  (650) 697-6000
Fax: (650) 697-0577

*Co-Counsel for Plaintiff*