PETER SULLIVAN, SBN 101428
PSullivan@gibsondunn.com
SAMUEL G. LIVERSIDGE, SBN 180578
SLiversidge@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
CChorba@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL K. RICH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>Defendants. | CASE NO. C 06 03361-JF (HRL)<br><br>**JOINT CASE MANAGEMENT STATEMENT, REPORT ON MEDIATION, AND JOINT STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>HEARING DATE: July 27, 2007<br>HEARING TIME: 10:30 a.m. |

    WHEREAS counsel for Plaintiffs and the Defendant participated in a mediation session administered by the Hon. James L. Warren (Ret.) of JAMS on July 9, 2007.

    WHEREAS this initial mediation session did not result in a settlement, but the parties made some progress in isolating the issues which separate them. The parties realize that there will have to be additional meetings. Should the parties determine that other meetings would be fruitful, they will promptly arrange for additional meetings and discussions.

    WHEREAS the parties propose completing this process before scheduling pretrial and trial deadlines in this matter.

2

JOINT CASE MANAGEMENT CONFERENCE
STATEMENT, REPORT ON MEDIATION,
AND JOINT STIPULATION AND [PROPOSED] ORDER

Case No. C 06 03361 JF

Gibson, Dunn &
Crutcher LLP

1   WHEREAS good cause exists for approving this Joint Stipulation, because, it would provide
2   the parties the necessary time to continue their informal discussions in an effort to attempt to resolve
3   their dispute.
4   WHEREAS the parties have not exchanged formal discovery requests and believe that an
5   exchange of such at this time might interfere with their informal exchanges and ongoing discussions.
6   WHEREAS both sides have worked cooperatively.
7   ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulate to, and
8   request the Court's approval to take the Case Management Conference scheduled on July 27, 2007,
9   off calendar and continue it to September 14, 2007 to allow the parties to complete the initial
10  mediation process.
11  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
12  Dated: July 23_____, 2007

_____
The Hon. Jeremy Fogel
United States District Judge

17  **IT IS SO STIPULATED.**
18  DATED: July 20, 2007          KABATECK BROWN KELLNER LLP

By:_____
Brian S. Kabateck

Attorneys for Plaintiffs and the Proposed Class

23  DATED: July 20, 2007          GIBSON, DUNN & CRUTCHER LLP

By:_____
for Peter Sullivan

Attorneys for Defendant HEWLETT-PACKARD
COMPANY

28  100264406_2.DOC

2

| JOINT CASE MANAGEMENT CONFERENCE STATEMENT, REPORT ON MEDIATION, AND JOINT STIPULATION AND [PROPOSED] ORDER | Case No. C 06 03361 JF |
|---|---|

# CERTIFICATE OF SERVICE

I, Christopher Chorba, hereby certify that on July 20, 2007, I caused the foregoing **JOINT CASE MANAGEMENT STATEMENT, REPORT ON MEDIATION, AND JOINT STIPULATION AND [PROPOSED] ORDER** to be electronically filed and served upon the persons named below via the Court's Electronic Case Filing ("ECF") system. This document is available for reviewing and downloading from the ECF system.

### Attorneys for Plaintiffs

KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK
RICHARD L. KELLNER
ALFREDO TORRIJOS
644 South Figueroa Street
Los Angeles, CA 90017
TEL: (213) 217-5000
FAX: (213) 217-5010

COTCHETT, PITRE & MCCARTHY
NIALL P. MCCARTHY
LAURA E. SCHLICTHMANN
840 Malcolm Road, Suite 200
Burlingame, CA 94010
TEL: (650) 697-6000
FAX: (650) 692-3606

MCNICHOLAS & MCNICHOLAS
PATRICK MCNICHOLAS
10866 Wilshire Boulevard, #1400
Los Angeles, CA 90024
TEL: (310) 474-1582
FAX: (310) 475-7871

THE GARCIA LAW FIRM
STEPHEN M. GARCIA
1 World Trade Center #1950
Long Beach, CA 90831-1950
TEL: (562) 216-5270
FAX: (562) 216-5271

PEARSON, SIMON, SOTER,
   WARSHAW & PENNY
BRUCE L. SIMON
ESTHER L. KLISURA
44 Montgomery Street, Suite 1200
San Francisco, CA 94104-4622
TEL: (415) 433-9000
FAX: (415) 433-9008

DATED: July 20, 2007

GIBSON, DUNN & CRUTCHER LLP
PETER SULLIVAN
SAMUEL G. LIVERSIDGE
CHRISTOPHER CHORBA

By: _____/s/ Christopher Chorba*_____

Attorneys for Defendant HEWLETT-PACKARD COMPANY

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

100264406_2.DOC