NIALL P. McCARTHY (#160175)
LAURA E. SCHLICHTMANN (#169699)        **E-Filed 1/20/09**
JUSTIN T. BERGER (#250346)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel: (650) 697-6000
Fax: (650) 692-3606
Email:        nmccarthy@cpmlegal.com
              lschlichtmann@cpmlegal.com
              jberger@cpmlegal.com

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| CARL K. RICH and DAVID DURAN, individually and on behalf of all others similarly situated, | Case No. C-06-03361-JF |
| Plaintiffs, | ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION REQUESTING MODIFICATION OF HEARING AND BRIEFING SCHEDULE re: MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| HEWLETT-PACKARD COMPANY, et al., | Honorable Jeremy Fogel |
| Defendants. | |

1    The Court having reviewed the parties' stipulation to modify the briefing and

2  hearing schedule for Plaintiffs' motion for class certification and the accompanying

3  declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

4    The Court VACATES the current hearing date of May 8, 2009, for Plaintiffs'

5  motion for class certification.  The Court sets the following new schedule with respect to

6  Plaintiffs' motion:  Plaintiffs' moving papers are to be filed and served no later than April

7  23, 2009; Defendant's opposition papers are to be filed and served no later than July 22,

8  2009; Plaintiffs' reply papers are to be filed and served no later than August 26, 2009;

9  and the hearing on Plaintiffs' motion to certify is set for September 18, 2009.

10    Furthermore, with respect to Plaintiffs' motion to certify, and Defendant's

11  opposition thereto, the page limit requirements contained in Civil Local Rule 7-2(b) and

12  7-3(a) shall be increased to 35 pages.

13    **IT IS SO ORDERED.**

14

15  Date:  _1/16/09_____    _____

16    HONORABLE JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED ORDER GRANTING STIP. REQUESTING MODIFICATION OF HEARING & BRIEFING SCHEDULE
re: MOTION FOR CLASS CERTIFICATION, Case No. C-06-03361-JF**                                                      1