NIALL P. McCARTHY (#160175)
LAURA E. SCHLICHTMANN (#169699)
JUSTIN T. BERGER (#250346**)**
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel: (650) 697-6000
Fax: (650) 692-3606
Email:       nmccarthy@cpmlegal.com
             lschlichtmann@cpmlegal.com
             jberger@cpmlegal.com

**E-Filed 4/24/09**

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| CARL K. RICH and DAVID DURAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>            Defendants. | Case No. C-06-03361-JF<br><br>[PROPOSED] **ORDER GRANTING STIPULATION REQUESTING FURTHER MODIFICATION OF HEARING AND BRIEFING SCHEDULE re: MOTION FOR CLASS CERTIFICATION**<br><br>Honorable Jeremy Fogel |

**PROPOSED ORDER GRANTING STIP. REQUESTING FURTHER MODIFICATION OF HEARING & BRIEFING SCHEDULE re: MOTION FOR CLASS CERTIFICATION, Case No. C-06-03361-JF**

The Court having reviewed the parties' stipulation to further modify the briefing and hearing schedule for Plaintiffs' motion for class certification and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The Court VACATES the current hearing date of September 18, 2009, for Plaintiffs' motion for class certification. The Court sets the following new schedule with respect to Plaintiffs' motion: Plaintiffs' moving papers are to be filed and served no later than June 23, 2009; Defendant's opposition papers are to be filed and served no later than September 22, 2009; Plaintiffs' reply papers are to be filed and served no later than October 26, 2009; and the hearing on Plaintiffs' motion to certify is set for November 20, 2009.

**IT IS SO ORDERED.**

Date: _____4/24/09_____                  _____
                                              HONORABLE JEREMY FOGEL
                                              UNITED STATES DISTRICT JUDGE