1  PETER SULLIVAN, SBN 101428
   PSullivan@gibsondunn.com
2  SAMUEL G. LIVERSIDGE, SBN 180578          **E-Filed 9/14/2009**
   SLiversidge@gibsondunn.com
3  CHRISTOPHER CHORBA, SBN 216692
   CChorba@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
6  Facsimile: (213) 229-7520

7  Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
8

9                    UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  CARL K. RICH, et al.,                    CASE NO. C 06 03361-JF (HRL)

14              Plaintiffs,                  **JOINT STIPULATION REQUESTING
                                             RESCHEDULING OF CASE
15      v.                                   MANAGEMENT CONFERENCE;
                                             [PROPOSED] ORDER GRANTING
16  HEWLETT-PACKARD COMPANY, et al.,         STIPULATION; AND DECLARATION OF
                                             COUNSEL**
17              Defendants.

18

19        Counsel for Plaintiffs Carl Rich and David Duran ("Plaintiffs") and counsel for Defendant

20  Hewlett-Packard Company ("HP"), in support of their Stipulation Requesting Rescheduling of Case

21  Management Conference, state as follows:

22        1.      By Order dated August 13, 2009, the Court granted the parties' joint stipulation and

23  rescheduled the hearing on Plaintiffs' motion for class certification for January 8, 2010, at 9:00 a.m.

24  A previously-scheduled Case Management Conference remains on the Court's calendar for

25  September 18, 2009 at 10:30 a.m.  The parties agree and respectfully request that the Case

26  Management Conference should follow the hearing on Plaintiffs' motion for class certification on

27  January 8, 2010.

28        2.      At the present time there are no other pending motions before the Court, although HP

                                             1

1  has reserved the right to file a motion for summary judgment on the claims of any individual named

2  plaintiff and to notice the hearing of such a motion on or before the hearing date set for Plaintiffs'

3  motion for class certification.  Accordingly, the parties respectfully submit that it would be more

4  efficient to have the Case Management Conference follow the hearing on Plaintiffs' motion for class

5  certification on January 8, 2010.

6          3.      Pursuant to Civil Local Rule 6-2, a date of an event or deadline already fixed by Court

7  order may be enlarged or changed if the parties so stipulate; the stipulation is accompanied by a

8  declaration addressing the reasons for the requested change, previous time modifications, and the

9  effect that the requested time modification would have on the schedule set for the case; and the

10  parties obtain an order from the Court approving the requested enlargement of time.  A declaration of

11  counsel providing the information required by Civil Local Rule 6-2 follows this Stipulation.

12

13  **IT IS SO STIPULATED**.

14  DATED:  September 10, 2009           COTCHETT, PITRE & MCCARTHY

15

16                                       By:        /s/ Justin T. Berger*

17                                       Attorneys for Plaintiffs CARL RICH and DAVID DURAN

18

19  DATED:  September 10, 2009           GIBSON, DUNN & CRUTCHER LLP

20

21                                       By:        /s/ Christopher Chorba*

22                                       Attorneys for Defendant HEWLETT-PACKARD COMPANY

23                                       *I hereby attest that I have on file all holograph signatures for any signatures indicated by a

24                                       "conformed" signature (/s/) within this efiled document.

25

26

27

28

Gibson, Dunn &
Crutcher LLP

**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING**          **Case No. C 06 03361 JF**
**RESCHEDULING OF CASE MANAGEMENT CONFERENCE**

## DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF STIPULATION

1.     I, Christopher Chorba, am an attorney admitted to practice before this Court and all courts of the State of California.  I am an associate attorney in the law firm of Gibson, Dunn & Crutcher LLP, attorneys of record for Defendant Hewlett-Packard Company ("HP").  I make this declaration in support of the Joint Stipulation and [Proposed] Order Requesting Rescheduling of Case Management Conference.  I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently to those facts.

2.     By Order dated August 13, 2009, the Court granted the parties' joint stipulation and rescheduled the hearing on Plaintiffs' motion for class certification for January 8, 2010, at 9:00 a.m. A previously-scheduled Case Management Conference remains on the Court's calendar for September 18, 2009 at 10:30 a.m.  The parties agree and respectfully request that the Case Management Conference should follow the hearing on Plaintiffs' motion for class certification on January 8, 2010.

3.     The Court has not set any dates other than that for hearing on Plaintiffs' motion for class certification.  Therefore, granting the time modification requested in the parties' stipulation will not require extensions to any other deadlines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Los Angeles, California, on September 10, 2009.

By: _____/s/ Christopher Chorba*_____

\*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Gibson, Dunn & Crutcher LLP

**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING**                                    **Case No. C 06 03361 JF**
**RESCHEDULING OF CASE MANAGEMENT CONFERENCE**

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  CARL K. RICH, et al.,                          CASE NO. C 06 03361-JF (HRL)

                          Plaintiffs,             **[PROPOSED] ORDER GRANTING JOINT**
13                                                **STIPULATION REQUESTING**
        v.                                        **RESCHEDULING OF CASE**
14                                                **MANAGEMENT CONFERENCE**
   HEWLETT-PACKARD COMPANY, et al.,
15
                          Defendants.
16

17        The Court having reviewed the parties' stipulation to reschedule the Case Management

18  Conference and the accompanying declaration of counsel, and having found good cause shown, IT IS

19  ORDERED as follows:

20        The Court reschedules the Case Management Conference from September 18, 2009, at 10:30

21  a.m., to January 8, 2010, immediately following the hearing on Plaintiffs' motion for class

22  certification (currently scheduled for 9:00 a.m.).

23        **IT IS SO ORDERED.**

24  Date: ___9/14/2009_____          _____

25                                        HONORABLE JEREMY FOGEL
                                          UNITED STATES DISTRICT JUDGE
26

27

28

**PROPOSED ORDER GRANTING JOINT STIPULATION REQUESTING**                  **Case No. C 06 03361 JF**
**RESCHEDULING OF CASE MANAGEMENT CONFERENCE**

# CERTIFICATE OF SERVICE

1  I, Dhananjay S. Manthripragada, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071 in said County and State.

I hereby certify that on September 10, 2009, the following documents were electronically transmitted to the Clerk of the Court using the CM/ECF System: **JOINT STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER GRANTING STIPULATION; AND DECLARATION OF COUNSEL**. I further certify that copies of the foregoing documents were transmitted on September 10, 2009, via e-mail, to each of the persons named on the attached Service List. I caused each such document to be transmitted by PDF Format, to the parties and e-mail addresses indicated on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 10, 2009                    GIBSON, DUNN & CRUTCHER LLP


By:  _____/s/ Dhananjay S. Manthripragada*_____

Attorneys for Defendant HEWLETT-PACKARD COMPANY

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

**CERTIFICATE OF SERVICE**                                                    **Case No. C 06 03361 JF**

Gibson, Dunn & Crutcher LLP

Gibson, Dunn &
Crutcher LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Service List

| Counsel for Plaintiffs | |
|---|---|
| Brian S. Kabateck<br>Alfredo Torrijos<br>Claudia E. Candelas<br>Kabateck Brown Kellner, LLP<br>644 South Figueroa Street<br>Los Angeles, CA  90017<br>Tel:  (213) 217-5000<br>Fax: (213) 217-5010<br>bsk@kbklawyers.com<br>at@kbklawyers.com<br>cc@kbklawyers.com | Niall P. McCarthy<br>Laura E. Schlichtmann<br>Justin T. Berger<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Tel: (650) 697-6000<br>Fax: (650) 692-3606<br>nmccarthy@cpmlegal.com<br>lschlichtmann@cpmlegal.com<br>jberger@cpmlegal.com |
| Stephen M. Garcia<br>David Medby<br>The Garcia Law Firm<br>One World Trade Center, Suite 1950<br>Long Beach, CA  90831<br>Tel:  (562) 216-5270<br>Fax: (562) 216-5271<br>sgarcia@lawgarcia.com<br>dmedby@lawgarcia.com | Patrick McNicholas<br>McNicholas & McNicholas LLP<br>10866 Wilshire Blvd., Suite 1400<br>Los Angeles, CA  90024<br>Tel:  (310) 474-1582<br>Fax: (310) 475-7871<br>pmc@mcnicholaslaw.com<br>cjs@mcnicholaslaw.com |
| Bruce L. Simon<br>Esther L. Klisura<br>Pearson, Simon, Warshaw & Penny LLP<br>44 Montgomery Street, Suite 1430<br>San Francisco, CA 94104<br>Tel: (415) 433-9000<br>Fax: (415) 433-9008<br>bsimon@pswplaw.com<br>eklisura@pswplaw.com | |

100726385_2.DOC

**CERTIFICATE OF SERVICE**                                    **Case No. C 06 03361 JF**