NIALL P. McCARTHY (#160175)
LAURA E. SCHLICHTMANN (#169699)
JUSTIN T. BERGER (#250346)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 692-3606
Email:     nmccarthy@cpmlegal.com
           lschlichtmann@cpmlegal.com
           jberger@cpmlegal.com

\*\*E-Filed 1/14/2010\*\*

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| CARL K. RICH and DAVID DURAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>            Defendants. | Case No. C-06-03361-JF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING FURTHER MODIFICATION OF HEARING AND BRIEFING SCHEDULE re: MOTION FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Jeremy Fogel |

1    The Court having reviewed the parties' stipulation to further modify the briefing

2    and hearing schedule for Plaintiffs' motion for class certification and Defendant's motion

3    for summary judgment and the accompanying declaration of counsel, and having found

4    good cause shown, IT IS ORDERED as follows:

5         The Court VACATES the current hearing date of February 5, 2010, for Plaintiffs'

6    motion for class certification and Defendant's motion for summary judgment, and the

7    Case Management Conference scheduled to follow thereafter.  The Court sets the

8    following new schedule:  hearing on Plaintiff's motion for class certification and HP's

9    motion for summary judgment shall be held on February 26, 2010, at 9:00 a.m., with a Case

10   Management Conference to follow; Plaintiffs' opposition to HP's motion for summary judgment

11   shall be due on January 29, 2010; HP's reply in support of its motion for summary judgment

12   shall be due on February 12, 2010; and Plaintiffs' reply in support of its motion for class

13   certification shall be due on February 12, 2010.

14        **IT IS SO ORDERED.**

15

16   Date: _____    1/14/2010    _____

17                                         HONORABLE JEREMY FOGEL
                                           UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

---

**PROPOSED ORDER GRANTING STIP. REQUESTING FURTHER MODIFICATION OF HEARING & BRIEFING
SCHEDULE re: MOTION FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT;
Case No. C-06-03361-JF**                                                                    1