KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
ALFREDO TORRIJOS, SBN 222458
(at@kbklawyers.com)
CLAUDIA E. CANDELAS, SBN 256285
(cc@kbklawyers.com)
644 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

COTCHETT PITRE & MCCARTHY
NIALL MCCARTHY, SBN 160175
(nmccarthy&cpmlegal.com)
LAURA SCHLICHTMANN, SBN 169699
(lschlichtmann@cpmlegal.com)
JUSTIN T. BERGER, SBN 250346
(jberger@cpmlegal.com)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

THE GARCIA LAW FIRM
STEPHEN M. GARCIA, SBN 123338
(sgarcia@lawgarcia.com)
1 World Trade Center #1950
Long Beach, California 90831
Telephone: (562) 216-5270
Facsimile: (562) 216-5271

MCNICHOLAS & MCNICHOLAS
PATRICK MCNICHOLAS, SBN 125868
(pmc@mcnicholaslaw.com)
10866 Wilshire Boulevard, #1400
Los Angeles, California 90024
Telephone: (310) 474-1582
Facsimile: (310) 475-7871

Attorneys for Plaintiffs and the proposed class

**E-Filed 2/2/2010**

/ / /

/ / /

/ / /

[PROPOSED] ORDER RE STIP. REQUESTING FURTHER MODIFICATION OF HEARING & BRIEFING SCHEDULE RE MOTION
FOR CLASS CERTIFICATION AND MOT. FOR SUMMARY JUDGMENT, Case No. C-06-03361-JF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CARL K. RICH, and DAVID DURAN, on Behalf of Themselves and All Others Similarly Situated, as Well as on Behalf of the General Public and Acting in the Public Interest,

        Plaintiffs,

        vs.

HEWLETT-PACKARD COMPANY, a California Corporation; and DOES 1 through 250, inclusive;

        Defendants.

CASE NO. C-06-03361-JF (HRL)

~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION RE FURTHER MODIFICATION OF HEARING AND BRIEFING SCHEDULE RE MOTION FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

Honorable Jeremy Fogel

## ~~[PROPOSED]~~ ORDER

The Court having reviewed the Parties' stipulation to further modify the briefing and hearing schedule for Plaintiffs' motion for class certification and Defendant's motion for summary judgment and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

/ / /

/ / /

/ / /

The Court VACATES the current hearing date of February 26, 2010, for Plaintiffs' motion for class certification and Defendant's motion for summary judgment, and the Case Management Conference scheduled to follow thereafter. The Court sets the following new schedule: hearing on Plaintiff's motion for class certification and HP's motion for summary judgment shall be held on May 7, 2010, at 9:00 a.m., or such alternative date as the Court may select, with a Case Management Conference to follow; Plaintiffs' opposition to HP's motion for summary judgment shall be due on March 23, 2010; HP's reply in support of its motion for summary judgment shall be due on April 13, 2010; and Plaintiffs' reply in support of its motion for class certification shall be due on April 13, 2010.

**IT IS SO ORDERED.**

DATED: _____February 2_____, 2010 _____

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE