# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CARL K. RICH,<br><br>     Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>     Defendant. | Case Number C 06-3361 JF (HRL)<br><br>ORDER TERMINATING MOTIONS WITHOUT PREJUDICE<br><br>[re: docket nos. 62, 86 ] |

On June 23, 2009, Plaintiff filed a motion for class certification. On December 7, 2009, Defendant filed a motion for summary judgment. At the request of the parties, the Court has continued the hearings on these matters several times so that the parties may attempt to reach settlement. For administrative reasons, the Court will terminate the motions without prejudice at this time. In the event the parties are unable to reach settlement, the parties may renotice the motions.

IT IS SO ORDERED.

Dated: 3/8/2010

_____
JEREMY FOGEL
United States District Judge