UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HP INKJET PRINTER LITIGATION, | Case No. CV-05-3580-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTION |

On October 1, 2010 the above entitled matter was consolidated with case numbers CV-06-3361-JF and CV-07-333-JF. At that time, the Court deemed case number CV-05-3580-JF the lead case. In light of the consolidation, the clerk shall administratively close the following cases: CV-06-3361-JF and CV-07-333-JF.

IT IS SO ORDERED.

Dated: January 14, 2011

JEREMY FOGEL
United States District Judge